# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**KLLM TRANSPORT SERVICES, LLC**                                   **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 3:12-CV-116-HTW-LRA**

**JBS CARRIERS, INC.**                                              **DEFENDANT**

## AGREED ORDER GRANTING EXTENSION OF TIME

THIS MATTER came before the Court on the motion of Defendants, JBS Carriers, Inc. for an extension of time in which to file a response to Plaintiffs Motion for Partial Summary Judgment. The Court, finding that Plaintiff has no opposition to the Motion, further finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendants, JBS Carriers, Inc. shall have up to and including January 31, 2012 to serve a response to Plaintiffs Motion for Summary Judgment.

SO ORDERED this the 13th day of December, 2012.

                                        s/ HENRY T. WINGATE
                                        UNITED STATES DISTRICT COURT JUDGE

*/s/ B. Lyle Robinson*
B. Lyle Robinson
Attorney For JBS Carriers, Inc.


*/s/ Cable M. Frost*
Cable M. Frost
Attorney for KLLM Transport Services, Inc.