IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KLLM TRANSPORT SERVICES, LLC**                                    **PLAINTIFF**

VS.                                              CIVIL ACTION NO. 3:12-CV-116-HTW-LRA

**JBS CARRIERS, INC.**                                              **DEFENDANT**

## ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL

This cause is before the Court on Plaintiffs' Unopposed Motion [Dkt. No. 226] for Leave to File Under Seal its Response in Opposition to JBS Carriers, Inc.'s Motion to Remit Amount of Punitive Damages as Required by Mississippi Law and the Due Process Clause of the United States Constitution, including all exhibits thereto. The Court finds that good cause exists for filing of these documents under seal because they contain sensitive and confidential financial information and because redaction would be impractical. Accordingly the motion is hereby granted.

SO ORDERED this the 22nd day of October, 2015.

_____
U.S. DISTRICT COURT JUDGE

Submitted By:

Michael V. Bernier
Michael V. Bernier (MSB No. 103960)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: 601-351-2400
Facsimile: 601-351-2424