**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**KLLM TRANSPORT SERVICES, LLC**                       **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO. 3:12-CV-116-HTW-LRA**

**JBS CARRIERS, INC.**                         **DEFENDANT**

**ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL**

This cause is before the Court on Plaintiffs' Unopposed Motion [Dkt. No. 227] for Leave to File Under Seal its Motion for Attorneys' Fees and Litigation Costs, including all exhibits thereto. The Court finds that good cause exists for filing of these documents under seal because they contain highly confidential and proprietary information and because redaction would be impractical. Accordingly the motion is hereby granted.

SO ORDERED this the 10TH day of November, 2015.

                                                       s/ HENRY T. WINGATE
                                                       U.S. DISTRICT COURT JUDGE

Submitted By:

Michael V. Bernier
Michael V. Bernier (MSB No. 103960)
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: 601-351-2400
Facsimile: 601-351-2424